**UNITED STATES of America, Plaintiff—Appellee,**

v.

**George BAHAMONDES, Defendant— Appellant.**

**No. 05–50419.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 11, 2006.*

Filed Sept. 14, 2006.

Consuelo S. Woodhead, Esq., Becky S. Walker, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff—Appellee.

Phillip I. Bronson, Esq., Law Offices of Phillip I. Bronson, Encino, CA, for Defendant—Appellant.

George Bahamondes, Big Spring, TX, pro se.

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM **

George Bahamondes appeals from his guilty-plea conviction and 63–month sentence for conspiracy, aiding and abetting, and making false statements, in violation of 18 U.S.C. §§ 2, 371, and 1001.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

(1967), counsel for Bahamondes has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Bahamondes filed a declaration of trial counsel indicating a potential issue for appeal.

Because our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Bahamondes knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered knowingly and voluntarily); *see also United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir. 2005) (noting that the changes in sentencing law imposed by *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

Counsel's motion to withdraw is **GRANTED**. All other pending motions are denied.

**DISMISSED.**